■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ORTIZ, Appellant.—Judgment, Supreme Court, Bronx County (Ivan Warner, J.), rendered on or about October 28, 1988, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P.; Rosenberger, Kassal, Wallach and Rubin, JJ.